PROB 12B
(7/93)

Report Date: June 19, 2009

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 19 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Cary Wendell Reaves            Case Number: 2:08CR00142-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 04/29/2009            Type of Supervision:   Supervised Release

Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Date Supervision Commenced: 06/18/2009

Original Sentence: Prison - 18 Months; TSR - 36 Months

Date Supervision Expires: 06/17/2012

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall reside at a residential reentry center for a period up to 60 days. This placement may include a pre-release component, day reporting and home confinement (with or without electronic monitoring but not to include GPS) at the direction of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

Mr. Reaves was released from Bureau of Prisons (BOP) custody on June 18, 2009, with very short notice given to the U.S. Probation Office. Mr. Reaves does not have a stable residence in Spokane, Washington, and is currently residing at a homeless shelter. Therefore, the U.S. Probation Office would respectfully recommend Mr. Reaves' conditions of supervised release be modified to include placement at a residential reentry center for up to 60 days, or until Mr. Reaves obtains an appropriate address in the community.

Mr. Reaves has voluntarily signed a waiver of hearing to modify his conditions after advice of counsel and notice of a right to a hearing before Your Honor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   6/19/09

Sam Najera
U.S. Probation Officer

Prob 12B
**Re: Reaves, Cary Wendell
June 19, 2009
Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

6/19/09
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17    You shall reside at a residential reentry center for a period up to 60 days. This placement may include a pre-release component, day reporting and home confinement (with or without electronic monitoring but not to include GPS) at the direction of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: _____        Signed: _____
              Samuel Najera                                    Cary Wendell Reaves
              U.S. Probation Officer                           Probationer or Supervised Releasee

                        June 19, 2009
                            Date