PROB 12B
(7/93)

Report Date: August 6, 2009

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 06 2009

JAMES R. LARSEN, CLERK
_______________ DEPUTY
RICHLAND, WASHINGTON

# United States District Court

**for the**

**Eastern District of Washington**

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

***(Probation Form 49, Waiver of Hearing is Attached)***

Name of Offender: Cary Wendell Reaves

Case Number: 2:08CR00142-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 4/29/2009

Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Date Supervision Commenced: 6/18/2009

Original Sentence: Prison - 18 Months; TSR - 36 Months

Date Supervision Expires: 6/7/2012

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows by removing the below listed special condition and releasing Mr. Reaves immediately from Geiger Corrections Center:

19 You shall reside in a residential reentry center for a period of up to 60 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

On June 19, 2009, the Court ordered that Mr. Reaves be placed at the Bureau of Prisons (BOP), residential re-entry center (RCC), located at Geiger Corrections Center in Spokane, Washington, as a public law placement. This was a result of the offender being homeless and temporarily living at the Union Gospel Mission. On June 25, 2009, the offender was moved to the RCC after the BOP accepted Mr. Reaves' transfer to Geiger Corrections Center.

While the offender has been at the RRC, he has obtained his military discharge papers, received his social security card, and obtained his birth certificate. Additionally, the offender has started chemical dependency treatment and contacted the Veterans Administration (VA) to obtain housing. On August 3, 2009, this officer met with VA staff at their Pioneer Victory Housing facility located in downtown Spokane. On August 4, 2009, this officer confirmed with VA officials that he has been accepted into the Pioneer Victory Housing facility.

This officer is respectfully recommending the offender be released immediately from his Geiger RCC placement. This will allow Mr. Reaves the opportunity to enter VA housing. This will also afford Mr. Reaves the opportunity to resolve an outstanding warrant out of Shoreline, Washington, under docket number Y20190540 for fourth degree assault.

It should be noted that once the offender resolves his outstanding warrant, the Washington State Department of

Corrections (DOC) will allow him to travel to North Carolina. Additionally, the Middle District of North Carolina (MD/NC) has accepted supervision of his case as well. They will allow him to travel to their district to be supervised by their Durham, North Carolina, office once he resolves the outstanding warrant. Mr. Reaves will reside with his aunt, Ida Mae Reaves, in Burlington, North Carolina.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8-6-09

Brenda J. Kuest
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

8/6/09
Date

PROB 49
(3/89)

# United States District Court

## Eastern District of Washington

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows by removing the below listed special condition and releasing Mr. Reaves immediately from Geiger Corrections Center:

19 You shall reside in a residential reentry center for a period of up to 60 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: Brenda J. Kuest
U.S. Probation Officer

Signed: Cary Wendell Reaves
Probationer or Supervised Releasee

August 6, 2009
Date